IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JERRY GENTRY, pro se; | § |
| *Plaintiff*, | § Case No. 2:17-CV-00151-JRG-RSP |
| v. | § |
| HOCHHEIM PRAIRIE FARM MUTUAL INSURANCE ASSOCIATION, et al. | § |
| *Defendants*. | § |

## ORDER

Before the Court are the Plaintiff's objections to Magistrate Judge Payne's recommendation that Plaintiff's complaint against all Defendants be dismissed with prejudice for failure to state a claim. For dispositive matters referred to a magistrate judge, the district court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). "The district judge may accept, reject, or modify the recommend disposition." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Upon de novo review of the properly objected to portions of Judge Payne's findings, conclusions, and recommendation, the Court adopts the recommended disposition without modification. Accordingly, **IT IS ORDERED** that Plaintiff's complaint against all Defendants be **DISMISSED WITH PREJUDICE**. All relief not granted is hereby **DENIED**. A separate Final Order will follow. *See* Fed. R. Civ. P. 58(a).

**So ORDERED and SIGNED this 12th day of July, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE